IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEANDRE JAVONT LITTLE,           )
                                 )
                Plaintiff,       )
                                 )
     v.                          )
                                 )
MAYOR OF THE CITY OF CONCORD,    )
THE CITY OF CONCORD, CABARRUS    )
COUNTY, CABARRUS COUNTY          )
SHERIFF'S DEPARTMENT, SHP        )        1:26-cv-438
SOUTHERN HEALTH PARTNERS,        )
CABARRUS COUNTY DETENTION        )
CENTER, CABARRUS COUNTY JAIL     )
KITCHEN HEAD DIETIAN, JUDGE      )
DAVID B. CLONINGER, JUDGE        )
STEVEN A. GROSSMAN, WILLIAM      )
BAGGS, II, DA JENNIFER MICHELLE  )
TAYLOR, DECKSTER BARLOWE, A.L.   )
FAVIA COURTNEY MCHAN, JUDGE      )
MARTIN MCGEE, JUDGE WILLIAM A.   )
WOOD, II, ANNE THOMAS, JACOB     )
BRIAN MOAN, SHERIFF VAN SHAW,    )
LT. T. CRESPO, LT. RAULSTON,     )
CPT. M.J. FISHER, SGT.           )
PENNINGTON, LT. CULP, LT.        )
BAKER, SGT. CAIN, OFFICER        )
BEAVER, OFFICER JONES, OFFICER   )
FORNEY, OFFICER TURNER, OFFICER  )
THARL, SHP HEALTH PROVIDER AT    )
THE JAIL NAME UNKNOWN, BA SMITH, )
NAJIA SHAKIR, and THE HEAD       )
NURSE AT CABARRUS COUNTY         )
DETENTION CENTER NAME UNKNOWN,   )
                                 )
                Defendants.      )

## **ORDER**

This matter is before the court for review of the Order and

Recommendation ("Recommendation") filed on May 13, 2026, by the

Magistrate Judge in accordance with 28 U.S.C. § 636(b). In the Recommendation, the Magistrate Judge recommends that the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. The Recommendation was served on Plaintiff May 13, 2026. (Doc. 5.) Plaintiff filed timely a letter, treated as objections, (Doc. 6), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation[1]. This court therefore adopts the Recommendation.

---

[1] Plaintiff's letter appears to request an extension of time to complete the § 1983 forms which the Magistrate Judge directed the Clerk to send. (See Doc. 4 at 2; Doc. 6.) The letter does not raise objections to the Recommendation.

- 2 -

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 15th day of June, 2026.

_____
United States District Judge

- 3 -